JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-03750-MMM(AGRx) | Date | July 13, 2010 |
| Title | Robert Hughey vs Brand Energy Services of California Inc., et al | | |

Present: The Honorable  MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **[In Chambers] Order Remanding Action**

    On June 10, 2010, the Court issued an Order to Show Cause why the action should not be remanded for lack of subject matter jurisdiction.  A response from defendant was due June 25, 2010.

    Defendant having filed no response to the Order to Show Cause;

    The Court remands the action to state court forthwith.